IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC CHRISTIAN OLSEN,

        Petitioner,                        No. 2:04-cv-00640-ALA HC

    vs.

KATHY PROSPER, Warden, et al.,        <u>ORDER</u>

        Respondents.

_____/

        Mr. Eric Christian Olsen, proceeding *pro se*, filed an application for a writ of habeas corpus under 28 U.S.C. § 2254 on May 30, 2004.

        The Court directs Respondents to file a brief not to exceed seven (7) pages, no later than February 6, 2008, addressing the following two issues: (1) the remaining time, if any, of Mr. Olsen's parole period, and (2) the applicability, if any, of *Spencer v. Kemna*, 523 U.S. 1 (1998), and *Larche v. Simons*, 53 F.3d 1068 (9th Cir. 1995), to the question of whether Mr. Olsen would suffer any collateral consequences if his convictions were allowed to stand. If Mr. Olsen wishes, he may file a reply no later than February 20, 2008.

/////

/////

        Accordingly, IT IS HEREBY ORDERED that:

1. No later than February 6, 2008, Respondents shall file the requested briefing; and

2. The Clerk of the Court shall serve a copy of this order on all parties.

/////

DATED: January 23, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation